NICOLA T. HANNA
United States Attorney

BENJAMIN J. GRILLOT
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
DC Bar No. 982114
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
(202) 305-0303
*benjamin.grillot@usdoj.gov*
Facsimile:   (202) 353-7763

Attorneys for Plaintiff
United States of America

JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cv-361 DDP (SPx) |
| PLAINTIFF, | |
| v. | STIPULATED FINAL JUDGMENT |
| 20 ACRES OF LAND, MORE OR LESS SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; and ALEX G. DIEP AND WENDY L. YEH, et al., | |
| DEFENDANTS. | |

# STIPULATED FINAL JUDGMENT

Pursuant to this Stipulation signed and jointly filed herein by the Plaintiff, United States of America, and the Defendants Alex G. Diep and Wendy L. Yeh, and San Bernardino County, **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. On February 20, 2018, the United States filed a Complaint in Condemnation (Dkt. 1) and a Declaration of Taking (Dkt. 3) against real property owned by the Defendants.

2. The Declaration of Taking provides for the fee simple acquisition of the property defined in Schedules C and D of the Declaration of Taking (Dkt. 3-3 and 3-4) (hereafter, the "Subject Property").

3. On February 28, 2018, this Court granted the United States' motion to deposit a check in the amount of Eight Thousand Dollars ($8,000) into the registry of this Court. Dkt. 8. Following this order, the United States deposited estimated just compensation in the amount of Eight Thousand Dollars ($8,000) into the registry of this Court. At the time of the deposit, title to the property, to the extent set forth in the Declaration of Taking, vested in the United States by operation of law. 40 U.S.C. § 3114(b).

4. At the time the United States made the above deposit into the registry of this Court, the record owners of the subject property were Alex G. Diep and Wendy L. Yeh.

5. Defendants have not requested the Court to withdraw any portion of the deposit during the pendency of this action. Accordingly, the full deposited amount of $8,000, plus any applicable earned interest, remains in the Court's registry.

6. On April 16, 2018, defendant **San Bernardino County** disclaimed interest in this matter and has waived all right to compensation (Dkt. 13). As San Bernardino County has disclaimed interest in this matter they are hereby dismissed from this action. Fed. R. Civ. P. 71.1(i)(2).

7. To settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the property interests identified in the Complaint in Condemnation (Dkt. 1) and Declaration of Taking (Dkt. 3), the title to which has already vested in the United States, shall be the sum of Sixteen Thousand Dollars ($16,000).

8. The said sum of Sixteen Thousand Dollars ($16,000) shall be just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of said interests.

9. The said sum of Sixteen Thousand Dollars ($16,000) shall be subject to all liens, encumbrances, and charges of whatsoever nature existing against the property at the time of vesting of title thereto in the United States, and all such liens, encumbrances, and charges of whatsoever nature shall be payable and deductible from the said sum. This includes any outstanding taxes owed on the property.

10. **JUDGMENT** shall be, and hereby is, entered against the United States in the amount of Sixteen Thousand Dollars ($16,000), inclusive of interest and costs.

11. As the United States has previously deposited $8,000 as estimated just compensation, the deficiency amount between the amount deposited and the stipulated just compensation of $8,000 is $8,000. The United States shall pay into the Registry of the Court, and the Clerk is hereby directed to accept, the deficiency amount of $8,000.

12. Upon the Court's Order entering judgment and the United States' deposit of the deficiency amount of $8,000 into the registry of the Court, the Clerk of Court shall, without further order of this Court, and pursuant to Fed. R. Civ. P. 67 and L.R. 67-2, promptly disburse all sums related to this case on deposit in the Court's registry, together with any earned interest, as follows, by issuing a check payable to:

Alex Diep
10065 Benton Street
Westminster, CO 80020

13.  Defendants warrant that they are the sole owner of the subject property at the date of the taking, and that they have the exclusive right to the compensation herein, excepting the interest of parties having liens or encumbrances of record and unpaid taxes and assessments, if any, and that no other party is entitled to the same or any part thereof by reason of any unrecorded agreement.

14.  Defendants shall save and hold harmless the United States of America from all claims or liability resulting from any unrecorded leases or agreements affecting the Property on the date of taking.

15.  In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the property taken in this case, Defendants shall refund into the registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon at the rate of 52-week Treasury Bills, calculated in accordance with the provisions of 40 U.S.C. § 3116, from the date of receipt of the deposit by Defendant to the date of repayment into the registry of the Court.

16.  Parties shall be responsible for their own legal fees, costs, and expenses (including attorney's fees, consultant's fees, and any other expenses).

17. Following disbursement of the above sums to Defendants, this case shall be CLOSED.

18. This Stipulated Judgment may be signed in counterparts.

**IT IS SO ORDERED:**

Dated: July 18, 2019

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

cc: Fiscal Dept.

**THE UNDERSIGNED STIPULATE THAT THEY CONSENT TO THE ENTRY OF THE PRECEDING JUDGMENT AND ORDER:**

/s/ Benjamin J. Grillot

BENJAMIN J. GRILLOT
Trial Attorney
U.S. Department of Justice

Dated: 5/10/19

WENDY L. YEH, *Landowner*
10065 Benton Street
Westminster, CO 80020

Dated: 5/9/19

ALEX G. DIEP, *Landowner*
10065 Benton Street
Westminster, CO 80020

Dated: 5/9/2019.